UNITED STATES BANKRUPTCY COURT
NORTHERN DISCTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

| | | |
|---|---|---|
| Sandra Foster-Baltimore, | ) | 21 B 14655 |
| | ) | |
| | ) | Chapter 7 |
| | ) | |
| | ) | Judge Timothy A. Barnes |

NOTICE OF MOTION

TO:

Andrew J Maxwell, Chapter 7 Trustee, Maxwell Law Group, LLC, 3010 N California Ave., Chicago, IL 60618, via electronic court notification;

Sandra Foster-Baltimore, 3634 W 84th, Chicago, IL 60652, via U.S. Mail;

See attached service list.

PLEASE TAKE NOTICE that on August 31, 2022, at 9:00 a.m., I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, and present the motion of Debtor to Reopen Case and Request Discharge, a copy of which is attached.

This motion will be presented and heard electronically using Zoom for Government. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

To appear by video, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password. To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646- 8287666. Then enter the meeting ID and password.

Meeting ID and password. The meeting ID for this hearing is 161 329 5276 and password 433658. The meeting ID and password can also be found on the judge's page on the court's web site.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

PROOF OF SERVICE

      I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 8707 Skokie Blvd., Suite 305, Skokie, IL 60077 on May 28, 2021, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ David Freydin
Attorney for Debtor
Law Offices of David Freydin
8707 Skokie Blvd., Suite 312
Skokie, IL 60077
630.516.9990

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 21-14655<br>Northern District of Illinois<br>Eastern Division<br>Fri Aug  5 13:38:02 CDT 2022 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| (p)AMERICREDIT FINANCIAL SERVICES DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | AmeriCredit/GM Financial<br>Attn: Bankruptcy<br>Po Box 183853<br>Arlington, TX 76096-3853 | Cavalry Portfolio Services<br>Attn: Bankruptcy<br>500 Summit Lake Drive, Suite 400<br>Vahalla, NY 10595-2321 |
| Comenity Bank/Ashley Stewart<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Harlem Furniture<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Victoria Secret<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| (p)FAY SERVICING  LLC<br>P O BOX 814609<br>DALLAS TX 75381-4609 | Fifth Third Bank<br>Attn: Bankruptcy<br>Maildrop RCSB3E 1830 E Paris Ave SE<br>Grand Rapids, MI 49546 | Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 |
| Midland Fund<br>Attn: Bankruptcy<br>350 Camino De La Reine, Suite 100<br>San Diego, CA 92108-3007 | Personal Finance Company<br>Attn: Bankruptcy<br>10945 S Cicero Ave<br>Oak Lawn, IL 60453-5501 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Synchrony Bank<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | The Bureaus Inc<br>Attn: Bankruptcy<br>650 Dundee Rd, Ste 370<br>Northbrook, IL 60062-2757 |
| Wells Fargo Home Mortgage<br>Attn: Written Correspondence/Bankruptcy<br>Mac#2302-04e Pob 10335<br>Des Moines, IA 50306 | (p)ANDREW J MAXWELL<br>MAXWELL LAW GROUP LLC<br>3010 N CALIFORNIA AVE<br>CHICAGO IL 60618-7089 | David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2269 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Sandra Foster-Baltimore<br>3634 W 84th<br>Chicago, IL 60652 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | Fay Servicing Llc<br>Attn: Bankruptcy Dept<br>Po Box 809441<br>Chicago, IL 60680 | Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy<br>120 Corporate Boulevard<br>Norfolk, VA 23502 |

Andrew J Maxwell ESQ
Maxwell Law Group LLC.
3010 N. California Ave.
chicago, il 60618

End of Label Matrix
Mailable recipients    22
Bypassed recipients     0
Total                  22

UNITED STATES BANKRUPTCY COURT
NORTHERN DISCTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

| | | |
|---|---|---|
| Sandra Foster-Baltimore, | ) | 21 B 14655 |
| | ) | |
| | ) | Chapter 7 |
| | ) | |
| | ) | Judge Timothy A. Barnes |

## MOTION TO REOPEN CASE AND REQUEST DISCHARGE

NOW COMES the Debtor, Sandra Foster-Baltimore, by and through her attorney, David Freydin, and requests that the case be reopened and a discharge be granted for the reasons as follows:

1. The Debtor filed a petition for relief pursuant to Chapter 7, Title 11 U.S.C. on December 29, 2021.

2. That Trustee entered a "Notice of Required Document(s) for Discharge – Auto" on February 25, 2022.

3. Debtor completed the personal financial management on May 27, 2021.

4. The Debtor was closed without discharge on March 11, 2022.

5. The Debtor completed the Official Form 423 on March 11, 2022 and was filed on August 5, 2022.

6. The Debtor's counsel paid fee to reopen.

**The MOVANT PRAYS that the case be re-opened and that a discharge under section be granted**

/s/ David Freydin
Attorney for Debtor
Law Offices of David Freydin
8707 Skokie Blvd., Suite 312
Skokie, IL 60077