Certificate Number: 13858-ILN-DE-036391080

Bankruptcy Case Number: 21-14655



13858-ILN-DE-036391080

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 11, 2022, at 12:36 o'clock PM CST, Sandra Foster-Baltimore completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date: March 11, 2022

By: /s/Shauna B. Curtsinger

Name: Shauna B. Curtsinger

Title: Counselor